**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pablo GONZALEZ–MORA,**
**Defendant–Appellant.**

**No. 12–10314.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2013.*

Filed March 22, 2013.

Patrick Michael Walsh, Assistant U.S., Robert Lawrence Ellman, Esquire, Assistant U.S., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Brenda Weksler, Esquire, Assistant Federal Public Defender, Alina Maria Shell, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Pablo Gonzalez–Mora appeals from the district court's judgment and challenges the 135–month sentence imposed following his guilty-plea conviction for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1),

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

690

(b)(1)(A)(viii). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gonzalez–Mora contends that his sentence is substantively unreasonable because mitigating factors, including his disadvantaged youth, justified a variance. The district court did not abuse its discretion in imposing Gonzalez–Mora's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the low-end Guidelines sentence is substantively reasonable. *See id.; see also United States v. Gutierrez–Sanchez,* 587 F.3d 904, 908 (9th Cir.2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.